IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
TZE GLOBAL DIS TICARET A.S.    :    CIVIL ACTION No.
                               :    20-CV-02600
     V.                        :
                               :
PAPERS UNLIMITED, INC.         :
```

### O R D E R

**AND NOW**, this **4th** day of **May, 2023,** upon consideration of the post-trial motions for judgment as a matter of law under Fed. R. Civ. P. 50(b), a new trial under Fed. R. Civ. P. 59(a), and to alter or amend the judgment under Fed. R. Civ. P. 59(e) filed by Defendant Papers Unlimited ("PU") (ECF Nos. 97 & 102) and the response thereto, and the motion to amend the judgment to include interest filed by Plaintiff TZE Global Dis Ticaret A.S. ("TZE") (ECF No. 93) and the response and reply thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. PU's post-trial motions (ECF No. 97) are **DENIED;**

2. TZE's motion for leave to file a reply (ECF No. 107) is **GRANTED;** and

3. TZE's motion to amend the judgment to include interest ("ECF No. 93) is **GRANTED.** The Court will amend the Judgment entered on January 13, 2023 (Dkt. 81) to reflect an award of $186,749.07 in prejudgment interest plus post-judgment interest

at the rate of 4.71% computed daily and compounded annually from January 13, 2023 until the judgment is paid in full. A separate Amended Civil Judgment will be entered.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**