IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TZE GLOBAL DIS TICARET A.S.**, <br><br> Plaintiff, <br><br> *v.* <br><br> **PAPERS UNLIMITED, INC.**, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 20-2600-KSM |

## ORDER

**AND NOW**, this 9th day of August, 2024, upon consideration of Plaintiff TZE Global Dis Ticaret A.S.'s ("TZE or Plaintiff") Motion for Attorney's Fees against Respondents Papers Unlimited, Inc. ("PU") and Rosen Law, LLC (together, "Respondents") (Doc. No. 160), and the responses and replies thereto, and following an in-person evidentiary held by the Court on April 8, 2024, **IT IS ORDERED** as follows:

1. For the reasons discussed in the accompanying Memorandum, TZE's Motion for Attorney's Fees is **GRANTED IN PART**.

2. TZE's counsel shall submit an accounting by **August 26, 2024** outlining the attorney's fees billed to and collected from Plaintiff for work related to:

   a. TZE's deposition of Dustin Seidman on January 6, 2021;

   b. TZE's preparation for and presentation at the January 10-13, 2023 trial;

   c. TZE's response to PU's Motion for Post-Trial Relief (Doc. No. 106);

   d. TZE's response to PU Plus's Motion to Quash (Doc. No. 111);

   e. TZE's post-judgment execution efforts, including post-judgment execution discovery;

    f. TZE's motion for attorney's fees (Doc. No. 160), including all replies and supplemental briefing related to the motion; and,

    g. TZE's preparation for and presentation at the Court's April 8, 2024 evidentiary hearing.

3. TZE's accounting shall group line item entries into the categories outlined in ¶ 2.

4. Respondents may file objections as necessary to TZE's accounting **no later than September 9, 2024.**

5. TZE may file a reply to objections, as applicable, **no later than September 16, 2024.**

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
_____
KAREN SPENCER MARSTON, J.